UNITED STATES of America,
Plaintiff—Appellee,

v.

Martin F. SALAZAR, Defendant—
Appellant.

No. 11–7640.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 29, 2012.

Decided: July 9, 2012.

Martin F. Salazar, Appellant Pro Se.
Dean A. Eichelberger, Assistant United
States Attorney, Columbia, South Carolina, for Appellee.

Before MOTZ and WYNN, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM:

Martin F. Salazar seeks to appeal the
district court's order denying relief on his
28 U.S.C.A. § 2255 (West Supp.2012) motion. The order is not appealable unless a
circuit justice or judge issues a certificate
of appealability. 28 U.S.C. § 2253(c)(1)(B)
(2006). A certificate of appealability will
not issue absent "a substantial showing of
the denial of a constitutional right." 28
U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a
prisoner satisfies this standard by demon-

strating that reasonable jurists would find
that the district court's assessment of the
constitutional claims is debatable or
wrong. *Slack v. McDaniel,* 529 U.S. 473,
484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000); *see Miller–El v. Cockrell,* 537 U.S.
322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d
931 (2003). When the district court denies
relief on procedural grounds, the prisoner
must demonstrate both that the dispositive
procedural ruling is debatable, and that
the motion states a debatable claim of the
denial of a constitutional right. *Slack,* 529
U.S. at 484–85, 120 S.Ct. 1595.

We have independently reviewed the
record and conclude that Salazar has not
made the requisite showing. Accordingly,
we deny Salazar's motion for a certificate
of appealability and dismiss the appeal.
We dispense with oral argument because
the facts and legal contentions are adequately presented in the materials before
the court and argument would not aid the
decisional process.

*DISMISSED.*